# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 20, 2016

152111 & (71)(72)

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellant,

v

SC: 152111
COA: 320973
Ionia CC: 2013-015796-FH

DAMACENO RICHARD ABREGO,
     Defendant-Appellee.

_____/

On April 6, 2016, the Court heard oral argument on the application for leave to appeal the June 11, 2015 judgment of the Court of Appeals. On order of the Court, the motion for immediate consideration and the defendant's motion to dismiss the application for leave to appeal are considered, and they are GRANTED. We VACATE that part of the Court of Appeals judgment remanding the case to the Ionia Circuit Court for resentencing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 20, 2016



Clerk

p0517